UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYMOND CAFFEE,

   Plaintiff,        Case No. 17-cv-11932

vs.

              HON. MARK A. GOLDSMITH

COMMISSIONER OF SOCIAL
SECURITY,

   Defendant.
_____/

# ORDER
## (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED OCTOBER 30, 2017 (Dkt. 16) AND (2) DISMISSING THE CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE

   This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge Patricia T. Morris, issued on October 30, 2017 (Dkt. 16). In the R&R, the Magistrate Judge recommends that this case be dismissed with prejudice for failure to prosecute. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, the case is dismissed with prejudice for failure to prosecute.

   SO ORDERED.

Dated: January 29, 2018      s/Mark A. Goldsmith
Detroit, Michigan        MARK A. GOLDSMITH
              United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 29, 2018.

s/Karri Sandusky
Case Manager
